**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>              Plaintiff,<br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>              Defendant. | Case No.: 1:24−cv−06985<br><br>Honorable Virigina M. Kendall |

**UNOPPOSED MOTION FOR A FIRST EXTENSION OF TIME FOR DEFENDANT NO. 126 LAISGEE- TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

    Defendant No. 126 Laisgee- ("Defendant") files this unopposed motion requesting a first extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint. In support of this motion, Defendant state as follows:

    1.    Plaintiff TV Tokyo Corporation ("Plaintiff") commenced this action for trademark and copyright infringement on August 8, 2024. (Dkt. No. 1).

    2.    Plaintiff contends that Defendant was served the summons and Complaint on August 26, 2024. (Dkt. No. 34). Based on that date, Defendant's response was due September 16, 2024. (*Id.*).

    3.    Plaintiff has stated it will not oppose a 30-day extension of time to October 16, 2024.

    4.    Defendant respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint to and including October 16, 2024. Defendant requests the extension to allow additional time to investigate the allegations of trademark and copyright infringement in the Complaint.

Defendant No. 126 Laisgee- therefore respectfully requests that the Court extend the time for Laisgee- to answer Plaintiffs' Complaint through and including October 16, 2024.

Dated: September 23, 2024

Respectfully submitted,

*/s/ Steven G. Kalberg*
Steven G. Kalberg
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: skalberg@directionip.com

*Counsel for Defendant No. 126 Laisgee-*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2024, I caused a true and correct copy of the foregoing pleading to be filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all attorneys of record who have consented to such notifications.

*/s/ Steven G. Kalberg*
Steven G. Kalberg