**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **TV TOKYO CORPORATION,** <br><br> **Plaintiff,** <br> v. <br><br> **THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,** <br><br> **Defendant.** | **Case No.: 1:24−cv−06985** <br><br> **Honorable Virigina M. Kendall** |

**NOTICE OF MOTION**

Defendant No. 126 Laisgee- hereby provides notice that on October 3, 2024, at 9:30 a.m., Defendant, through its counsel, shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her stead, at the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, IL, and present:

*Unopposed Motion for a First Extension of Time for Defendant No. 126 Laisgee- to Answer or Otherwise Respond to Plaintiff's Complaint (Dkt. No. 47).*

| | |
|---|---|
| September 23, 2024 | Respectfully Submitted, <br><br> */s/ Steven G. Kalberg* <br> Steven G. Kalberg <br> Direction IP Law <br> P.O. Box 14184 <br> Chicago, IL 60614-0184 <br> (312) 291-1667 <br> skalberg@directionip.com <br><br> *Counsel for Defendant No. 126 Laisgee-* |

1

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 23, 2024, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

              */s/ Steven G. Kalberg*
              Steven G. Kalberg